No. 237. JAPHA v. PUBLIC SERVICE COMPANY OF NORTHERN ILLINOIS ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Irving L. Schanzer* for petitioner. *Mr. Howard D. Moses* for respondents.

No. 238. NORRIS ET AL., EXECUTORS, v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Perry J. Stearns* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

Nos. 241 and 242. UNDERWRITERS' LABORATORIES, INC. v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Louis Johnson, Jay C. Halls,* and *Samuel H. Horne* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.